1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    MICHAEL D. WOODY,                        Case No. 15-cv-04777-JST (PR)

              Plaintiff,

8

         v.                                   **ORDER OF DISMISSAL**

9

10   E. ARNOLD,

                   Defendant.

11

12

13        In a notice dated October 15, 2015 the Clerk of the Court directed plaintiff to complete a

14   civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must

15   complete these documents within twenty-eight days or his action would be dismissed.  The Clerk

16   sent plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.  On

17   November 16, 2015, plaintiff filed a motion for extension of time to file the required documents.

18   Plaintiff proceeded to file his IFP application on November 18, 2015.  Following an extension of

19   time, plaintiff's complaint form was due by December 21, 2015.  To date, plaintiff has not filed the

20   required document.

21        Accordingly, the instant action is DISMISSED without prejudice.  The Clerk shall close

22   the file.

23        IT IS SO ORDERED.

24   Dated:  January 11, 2016

25                                        _____

26                                                 JON S. TIGAR
                                             United States District Judge

27

28