UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. WOODY, | No. 2:16-cv-0179 EFB P |
| Plaintiff, | |
| v. | ORDER |
| E. ARNOLD, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1] This action was opened on October 15, 2015, in the United States District Court for the Northern District of California, when plaintiff sent the court a letter regarding prison conditions. The court informed plaintiff that to properly commence a civil action, he needed to file a complaint. After plaintiff failed to do so within the time allowed, the court dismissed the action. Plaintiff subsequently requested that the action be reopened on the grounds that he has mobility and mental health impairments that make it difficult for him to complete his complaint. The court granted plaintiff's request to reopen the action. The United States District Court for the Northern District of California then transferred the action to this court, noting that although plaintiff had not filed a complaint, his intended claims for relief arose in this judicial district. The

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4). *See* ECF No. 13.

1 court also warned plaintiff that if he wished to further pursue this action, he must complete and
2 file the complaint form required by the United States District Court for the Eastern District of
3 California.  Until plaintiff submits a complaint, there is no case before the court.  *See* Fed. R. Civ.
4 P. 3.

    Accordingly, it hereby is ORDERED that:

    1. The Clerk of the Court shall send to plaintiff the form complaint used in this court.

    2. Within 30 days of the date of this order, plaintiff shall submit a complaint stating the nature of the action and his belief that he is entitled to redress.  Failure to comply with this order may result in dismissal.

DATED:  June 7, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE