1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MICHAEL D. WOODY, | No. 2:16-cv-0179-EFB P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| E. ARNOLD, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1]  This action was opened on October 15, 2015, in the United States District Court for the Northern District of California, when plaintiff sent the court a letter regarding prison conditions.  The court informed plaintiff that to properly commence a civil action, he needed to file a complaint.  After plaintiff failed to do so within the time allowed, the court dismissed the action.  Plaintiff subsequently requested that the action be reopened on the grounds that he has mobility and mental health impairments that make it difficult for him to complete his complaint.  The court granted plaintiff's request to reopen the action.  The United States District Court for the Northern District of California then transferred the action to this court, noting that although plaintiff had not filed a complaint, his intended claims for relief arose in this judicial district.  The

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4). *See* ECF No. 13.

court also warned plaintiff that if he wished to further pursue this action, he must complete and file the complaint form required by the United States District Court for the Eastern District of California. A complaint is necessary for the commencement of a civil action. Fed. R. Civ. P. 3.

By order dated June 8, 2016, the court granted plaintiff another 30 days to file a complaint and warned him that failure to do so could result in this case being closed. Those 30 days have passed and plaintiff has not filed a complaint or otherwise responded to the court's order. Without a complaint, there is simply no case before the court.

Accordingly, it hereby is ORDERED that this case be closed.

DATED: July 13, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE